# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**United States of America**

**NOTICE**

vs.

Case No. 2:23-cr-152-02

**JUDGE SARAH D. MORRISON**

**ADEN ABDULLAHI JAMA**

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:     United States District Court            **COURTROOM # 132**
                Joseph P. Kinneary U.S. Courthouse
                85 Marconi Boulevard              **February 20, 2024, at 10:00 a.m.**
                Columbus, Ohio 43215

TYPE OF PROCEEDING: **SENTENCING HEARING**

**\*\*_The following schedule is established:_**
(1) *Any sentencing memorandum must be filed no later than TEN days prior to sentencing. The memorandum shall address the statutory sentencing factors, including any proposed variances from the guideline sentencing range.*
(2) *A reply memorandum, while not necessary, shall be filed no later than three days prior to sentencing.*
(3) *Motions under 18 U.S.C. §3553(e) or U.S.S.G. §5K1.1 shall be filed at least three days prior to sentencing.*

**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**

DATE:     January 4, 2024

             s /Maria Rossi
(By) Maria Rossi, Deputy Clerk

To: Counsel served electronically via CM/ECF
      United States Probation
       US Marshal
        Pretrial Services